UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CV-196-F

| | | |
|---|---|---|
| BARBARA H. PACK, by and through Her Guardian of the Estate, Lawrence S. Craige, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| BANKERS LIFE AND CASUALTY COMPANY, | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Consent Motion for Court-Hosted Settlement Conference [DE-10] filed by Defendant Bankers Life and Casualty Company. In the motion, Defendant represents that counsel for both parties have discussed the court-ordered mediation requirement applicable to this action, and have agreed that a court-hosted settlement conference is preferable in this case. Defendant asks the court to exempt the parties from the mediation requirements under the Local Rules and to order a court-hosted settlement conference. Defendant indicates that Plaintiff consents to the motion.

For good cause shown, the Consent Motion [DE-10] is ALLOWED. It is ORDERED that the parties are exempt from the mediation requirements of Local Civil Rule 101.1. It is further ORDERED that United States Magistrate Judge David W. Daniel hereby is APPOINTED settlement master. The parties are DIRECTED to consult with Magistrate Judge Daniel and schedule a settlement conference to occur **on or before December 2, 2011.** The settlement conference shall

be conducted pursuant to the provisions of Local Civil Rule 101.2, EDNC.

SO ORDERED.

This the 17th day of October, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge